**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA  DIVISION**

|  |  |  |
|---|---|---|
| **NORRIS DION EVANS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO. 7:11-CV-29 (HL)** |
| | : | |
| | : | |
| **Sergeant JOE SCHNAKE, et al,** | : | |
| **Defendants** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 4) filed March

10, 2011  has been read and considered and is, hereby, approved, adopted and made the Order

of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the

time allowed.

**SO ORDERED,** this the 29th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**