## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **NORRIS DION EVANS,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:11-CV-29 (HL) |
| **Sergeant JOE SCHNAKE,** | : | |
| Defendant | : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 38) filed April 24, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 17th day of May, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**